UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL PLAISANCE (#196480)                     CIVIL ACTION

VERSUS

BURL CAIN, WARDEN, ET AL.                      NO. 07-0934-B-M2

O R D E R

On December 10, 2007, the pro se plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Warden Burl Cain, Warden Darryl Vannoy, Warden Shirley Coody, Capt. "Burgesky", Warden Mack Shaw, Warden Blane Lachney, Col. "Poret", Msgt. Robert Hayes and Sgt. "Hill", complaining that his constitutional rights have been violated as a result of conditions to which he has been subjected at LSP. Specifically, he complains that communicable and contagious diseases are rampant at the prison, yet little is done to protect inmates from exposure, and security officers shave inmates using razors which are insufficiently cleaned or sterilized after each use.

By correspondence dated February 8, 2008, the Clerk of Court directed the plaintiff, inter alia, to resubmit his Complaint within fifteen (15) days, identifying the parties where appropriate on the Court's approved Complaint form. Rec.doc.no. 4. The plaintiff was specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice." Id.

Despite notification of the need to resubmit his Complaint within fifteen (15) days, the plaintiff has failed to comply with the Court's Order. Therefore, this proceeding shall be dismissed, without prejudice, for failure of the plaintiff to correct the deficiencies of which he was notified.

Judgment shall be entered in accordance with this Ruling.

Baton Rouge, Louisiana, this 17th day of March, 2008.

F.J. POLOZOLA
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE
by James J. Brady