UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MANUEL PLAISANCE (#196480)**                                    CIVIL ACTION

**VERSUS**

**BURL CAIN, WARDEN, ET AL.**                                     NO. 07-0934-FJP-CN

**O R D E R**

This matter comes before the Court on the plaintiff's Motion for Production of Documents and request for issuance of a subpoena duces tecum, rec.doc.nos. 21 and 24, pursuant to which he seeks to compel officials at the Louisiana State Penitentiary to provide him with copies of his privileged mail receipt documentation for the month of February, 2008. The Court finds that such an Order is not necessary at the present time. Therefore,

**IT IS ORDERED** that the plaintiff's Motion for Production of Documents and request for issuance of a subpoena duces tecum, rec.doc.nos. 21 and 24, be an they are hereby **DENIED**.

Signed in chambers in Baton Rouge, Louisiana, March 18, 2009.

**MAGISTRATE JUDGE CHRISTINE NOLAND**