UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MANUEL PLAISANCE (#196480)**                                    CIVIL ACTION

**VERSUS**

**BURL CAIN, WARDEN, ET AL.**                                    NO. 07-0934-FJP-CN

**O R D E R**

This matter comes before the Court on the plaintiff's Motion Ordering Defendants to Pay Costs, rec.doc.no. 20, pursuant to which the plaintiff seeks to have the Court enter an Order directing the defendants to reimburse him for costs and expenses incurred in pursuing his appeal. The plaintiff is not entitled to the relief request.  Accordingly,

**IT IS ORDERED** that the plaintiff's Motion Ordering Defendants to Pay Costs, rec.doc.no. 20, be and it is hereby **DENIED**.

Signed in chambers in Baton Rouge, Louisiana, March 18, 2009.

**MAGISTRATE JUDGE CHRISTINE NOLAND**