UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL PLAISANCE (# 196480)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO.  07-934-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment shall be granted, dismissing the plaintiff's claims for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e.[1]

IT IS FURTHER ORDERED that the defendants' motion to dismiss shall be denied as moot and that this action be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 7, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

--------

[1] Rec. Doc. No. 37.

Doc#46283